Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar. No. 184546)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
abailey@hausfeldllp.com

*Attorneys for Plaintiff Trumbull Industries, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| A&S LIQUIDATING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,<br><br>Defendants. | Case No. 13-cv-04568-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 3-12 and Civil L.R. 7-11, Plaintiff Trumbull Industries, Inc. ("Trumbull") submits this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

-1-

**RELATED ACTIONS**

On October 31, 2013, the Court ordered the following three actions related, and ordered the higher numbered actions be assigned to the Honorable Edward M. Chen, the judge previously assigned the lowest numbered action.

1.   *Trumbull Industries, Inc., v. AB&I Foundry, et al,.* Case No. 13-cv-04833-EMC, filed October 17, 2013 ("*Trumbull*").

2.   *Las Vegas Supply, Inc.* v. *AB&I Foundry, et al.,* Case No. 13-cv-04792-EMC, filed October 15, 2013 ("*Las Vegas Supply*").

3.   *A&S Liquidating, Inc. v. AB&I Foundry, et al.*, Case No. 13-cv-04568-EMC, filed October 2, 2013 ("*A&S Liquidating*").[1]

Trumbull believes the following recently filed action also meets the criteria of a related case under Civil L.R. 3-12:

4.   *Lundmark v. AB&I Foundry, et al.*, Case No. 13-cv-05217-JCS, filed November 8, 2013 and assigned to the Hon. Joseph C. Spero ("*Lundmark*").  A copy of the *Lundmark* complaint is attached to the accompanying declaration of Arthur N. Bailey, Jr. ("Bailey Decl.") as Exhibit A.

**RELATIONSHIP OF THE ACTIONS**

This Administrative Motion is made on the grounds that the *Lundmark* action is related to the other actions identified above as it involves substantially duplicative or overlapping parties, and concerns the same wrongful acts and occurrences.  Specifically, the cases are proposed class actions on behalf of purchasers of cast iron soil pipes and fittings ("CISP").  At their core, these cases allege anticompetitive conduct in the market for CISP sold in the United States.

---

[1] Two other potentially related actions have been filed.  These are *Security Supply Corp. v. AB&I Foundry, et al.*, Case No. 13-cv-05114-DMR, filed November 1, 2013 and assigned to the Hon. Donna M. Ryu ("*Security Supply*"), and *Adkins v. AB&I Foundry, et al.*, Case No. 13-cv-05152-LB, filed November 5, 2013 and assigned to the Hon. Laura Beeler ("*Adkins*").  Trumbull has filed separate motions to consider whether these actions are related.  Dkt. Nos. 20, 26.

Civil Local Rule 3-12 provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, the cases satisfy both criteria of Rule 3-12. *Lundmark* is different from the other related actions only in that it is brought on behalf of a class of indirect rather than direct purchasers, and includes claims for violations of state antitrust and consumer protection laws in addition to the federal antitrust claims. *Lundmark* and the other related actions otherwise share the same allegations of facts and law. They name the same defendants and allege that the same conduct gives rise to violations of U.S. antitrust laws. Like the other actions ordered related, *Lundmark* arises out of an administrative proceeding brought by the Federal Trade Commission on April 2, 2013, which was settled by Defendant Charlotte Pipe by virtue of a Consent Agreement. Also like the other actions, *Lundmark* asserts class allegations on behalf of a class of purchasers of CISP in the United States for the time period from "at least as early as January 1, 2006 to the present." *See* Bailey Decl., Exh. 1 at ¶3, *Trumbull* Compl. ¶2, *Las Vegas Supply* Compl. ¶2, *A&S Liquidating* Compl. ¶2. If the *Lundmark* action were to proceed independently it would result in duplicative motions and discovery because they raise the same, or substantially the same, questions of fact and law. In contrast, consolidation before a single judge will allow conservation of the parties' resources and judicial resources, and avoid the potential for conflicting results.

In addition, a proceeding has been initiated before the Judicial Panel of Multidistrict Litigation ("JPML") in which Trumbull has taken the position that the centralization and consolidation should take place in the Northern District California. In order to provide consistency within the Northern District of California and to ease administrative burdens while the JPML considers the motion for coordination and centralization, the *Lundmark*

-3-
ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 13-CV-04568-EMC

action should be related with *Trumbull* and the other cases on file in the Northern District of California.

### **CONCLUSION**

In light of the closely related nature of the cases identified herein, Plaintiff Trumbull Industries, Inc. respectfully requests that *Lundmark* be deemed related to the *Trumbull*, *Las Vegas Supply* and *A&S Liquidating* actions, and that it be assigned to the Honorable Edward M. Chen.

Dated: November 13, 2013

Respectfully submitted,

HAUSFELD LLP

By: /s/ *Arthur N. Bailey Jr.*
Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar. No. 184546)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
abailey@hausfeldllp.com

Arthur N. Bailey, Sr., Esq.
ARTHUR N. BAILEY & ASSOCIATES
111 West Second St., Suite 4500
Jamestown, NY 14701
Phone: (716) 483-3732
Fax: (716) 664-2983
artlaw@windstream.net

*Attorneys for Plaintiff Trumbull Industries, Inc. and the Putative Class*