| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |     Daniel M. Wall (Cal. Bar No. 102580)<br>    Timothy L. O'Mara (Cal. Bar No. 212731) |
| 3 |     Kirsten M. Ferguson (Cal. Bar No. 252781)<br>505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538<br>Telephone: 415.391.0600 |
| 5 | Facsimile: 415.395.8095<br>Email: Dan.Wall@lw.com |
| 6 | Email: Tim.Omara@lw.com<br>Email: Kirsten.Ferguson@lw.com |
| 7 | |
| 8 | ROBINSON BRADSHAW & HINSON<br>    Everett J. Bowman (*pro hac vice* forthcoming) |
| 9 |     Mark W. Merritt (*pro hac vice* forthcoming)<br>    Lawrence C. Moore, III (*pro hac vice* forthcoming) |
| 10 | 101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246 |
| 11 | Telephone: 704.377.2536<br>Facsimile: 704.373.3937 |
| 12 | Email: ebowman@rbh.com<br>Email: mmerritt@rbh.com |
| 13 | Email: lmoore@rbh.com |
| 14 | *Attorneys for Defendants Charlotte Pipe and Foundry* |
| 15 | *Company and Randolph Holding Company, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A&S LIQUIDATING INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,<br><br>    Defendants. | CASE NO. 13-cv-04568-EMC<br><br>**STIPULATION ENLARGING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[CIVIL LOCAL RULE 6-1(a)]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO ENLARGE TIME
TO RESPOND TO COMPLAINT
CASE NO. 13-CV-04568-EMC

1  WHEREAS, the Complaint in this case was filed on October 2, 2013;

2  WHEREAS, the Complaint in this case was purportedly served on Defendants AB&I
3  Foundry, Tyler Pipe Company, and McWane, Inc. between October 15 and October 17, 2013;

4  WHEREAS, the Complaint in this case was served on Defendants Charlotte Pipe and
5  Foundry Company and Randolph Holding Company on October 16, 2013;

6  WHEREAS, Defendants' responses to the Complaint, if service was proper, are currently
7  due between Tuesday, November 5, 2013 and Thursday, November 7, 2013;

8  WHEREAS, Defendants have requested additional time to respond to Plaintiff's
9  complaint, and the parties agree and stipulate to extend Defendants' filing deadlines pursuant to
10 Local Civil Rule 6-1(a);

11 WHEREAS, no previous time modifications—whether by stipulation or Court order—
12 have been entered in this case;

13 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned
14 counsel for the parties as follows:

15 1. The time for Defendants to answer or otherwise respond to the Complaint is
16 enlarged to January 15, 2014;

17 **IT IS SO STIPULATED AND AGREED.**

18 Dated: November 5, 2013　　　　　　　　　Respectfully Submitted,

19 　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　　Daniel M. Wall
20 　　　　　　　　　　　　　　　　　　　　　　Timothy L. O'Mara
　　　　　　　　　　　　　　　　　　　　　　　Kirsten M. Ferguson
21

22 　　　　　　　　　　　　　　　　　　　By _____/s/ Kirsten M. Ferguson_____

23 　　　　　　　　　　　　　　　　　　　　Kirsten M. Ferguson
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Charlotte Pipe and*
　　　　　　　　　　　　　　　　　　　　　*Foundry Co. and Randolph Holding Co.*
24

25 Dated: November 5, 2013　　　　　　　　　BAKER BOTTS
　　　　　　　　　　　　　　　　　　　　　　Joseph Ostoyich

26 　　　　　　　　　　　　　　　　　　　By _____/s/ Joseph Ostoyich_____

27 　　　　　　　　　　　　　　　　　　　　Joseph Ostoyich
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants AB&I Foundry,*
28 　　　　　　　　　　　　　　　　　　　　*Tyler Pipe Co., and McWane, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO ENLARGE TIME
TO RESPOND TO COMPLAINT
CASE NO. 13-CV-04568-EMC

1 | Dated: November 5, 2013 | Respectfully Submitted,

GOLD BENNET CERA & SIDENER LLP
Solomon B. Cera

By  /s/ Solomon B. Cera
Solomon B. Cera
*Attorneys for Plaintiff A&S Liquidating Inc.*

I, Kirsten M. Ferguson, hereby attest that the concurrence to the filing of this document has been obtained from each of the signatories hereto.

By  /s/ Kirsten M. Ferguson
Kirsten M. Ferguson

SF\5624895

November 13, 2013

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO ENLARGE TIME
TO RESPOND TO COMPLAINT
CASE NO. 13-CV-04568-EMC