1   LATHAM & WATKINS LLP
    Daniel M. Wall (Cal. Bar No. 102580)
2       Timothy L. O'Mara (Cal. Bar No. 212731)
    Kirsten M. Ferguson (Cal. Bar No. 252781)
3   505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
4   Telephone: 415.391.0600
Facsimile: 415.395.8095
5   Email: Dan.Wall@lw.com
Email: Tim.Omara@lw.com
6   Email: Kirsten.Ferguson@lw.com

7

ROBINSON BRADSHAW & HINSON
8       Nathan C. Chase, Jr. (Cal. Bar No. 247526)
101 North Tryon Street, Suite 1900
9   Charlotte, North Carolina 28246
Telephone: 704.377.2536
10  Facsimile: 704.373.3937
Email: NChase@rbh.com
11

12  *Attorneys for Defendants Charlotte Pipe and Foundry*
*Company and Randolph Holding Company, LLC*
13

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19  A&S LIQUIDATING INC., on behalf of          CASE NO. 13-cv-04568-EMC
    itself and all others similarly situated,       (and all related cases)
20
                   Plaintiff,                   **[PROPOSED] ORDER CONTINUING THE
21                                              CASE MANAGEMENT CONFERENCE
            v.                                  AND DEADLINES UNDER FEDERAL
22                                              RULE OF CIVIL PROCEDURE 26, AND
    AB&I FOUNDRY, TYLER PIPE                    EXTENDING TIME TO ANSWER OR
23  COMPANY, MCWANE, INC.,                      OTHERWISE RESPOND TO THE
    CHARLOTTE PIPE AND FOUNDRY                  COMPLAINTS**
24  COMPANY, and RANDOLPH HOLDING
    COMPANY,                                    **[CIVIL LOCAL RULES 6-2 & 6-1]**
25
                   Defendants.                  Courtroom: 5, 17th Floor
26                                              The Honorable Edward M. Chen

27

28  [Caption continued on next page.]

1  | LAS VEGAS SUPPLY, INC., on behalf of itself and all others similarly situated,
2  |
3  |                   Plaintiff,
4  |          v.
5  | AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,
6  |
7  |                   Defendants.
8  |

CASE NO. 13-cv-04792-EMC

[Related Case]

9

## [PROPOSED] ORDER

10   Based on the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED

11   THAT:

12   1.   The CMC is continued, ~~based on the Court's availability, until at least forty-~~five

13   ~~(45) days after the JPML resolves the MDL Motion~~. to 6/19/14 at 9:00 a.m.

14   2.   The Parties' meet-and-confer deadline pursuant to Rule 26(f) is continued until 21

15   days after the JPML resolves the MDL Motion.

16   3.   The deadline for the Parties' Rule 26(f) report and initial disclosures is continued

17   until fourteen (14) days after the Parties' Rule 26(f) conference has concluded.

18   4.   The time for Defendants to answer or otherwise respond to the Complaint is

19   extended to twenty-one (21) days after (a) Plaintiffs' file a consolidated complaint, or (b) if the

20   JPML denies the MDL Motion and this Court does not consolidate these related cases, twenty-

21   one (21) days after this Court denies the motions to consolidate.

22

23   Dated: _____   12/19/13

24



. Chen
dge

Judge Edward M. Chen

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1