Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar. No. 184546)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
abailey@hausfeldllp.com

*Attorneys for Plaintiff Trumbull Industries, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| A&S LIQUIDATING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,<br><br>Defendants. | Case No. 13-cv-04568-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 3-12 and Civil L.R. 7-11, Plaintiff Trumbull Industries, Inc. ("Trumbull") submits this Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

-1-
ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 13-cv-04568-EMC

**RELATED ACTIONS**

By orders dated October 31, 2013, November 13, 2013, November 20, 2013, and November 27, 2013, the Court ordered the following actions related, and ordered the higher numbered actions be assigned to the Honorable Edward M. Chen, the judge previously assigned the lowest numbered action.

1. *Trumbull Industries, Inc., v. AB&I Foundry, et al,.* Case No. 13-cv-04833-EMC, filed October 17, 2013 ("*Trumbull*").

2. *Las Vegas Supply, Inc.* v. *AB&I Foundry, et al.,* Case No. 13-cv-04792-EMC, filed October 15, 2013 ("*Las Vegas Supply*").

3. *A&S Liquidating, Inc. v. AB&I Foundry, et al.*, Case No. 13-cv-04568-EMC, filed October 2, 2013 ("*A&S Liquidating*");

4. *Security Supply Corp. v. AB&I Foundry, et al.*, Case No. 13-cv-05114-EMC, filed November 1, 2013;

5. *Adkins v. AB&I Foundry, et al.*, Case No. 13-cv-05152-EMC filed November 5, 2013;

6. *Lundmark v. AB&I Foundry, et al.*, Case No. 13-cv-05217-EMC filed November 8, 2013;

7. *Mountainland Supply LLC v. AB&I Foundry, et al.*, Case No. 13-cv-05310-EMC, filed November 18, 2013;

8. *Coastal Plumbing Supply Company, Inc. v. AB&I Foundry, et al.*, Case No. 13-cv-05316-EMC, filed November 18, 2013.

Trumbull believes the following recently filed action also meets the criteria of a related case under Civil L.R. 3-12:

9. *A&G Professional Plumbing Service Inc. v. AB&I Foundry, et al.*, Case No. 13-cv-05707-JCS, filed December 10, 2013 and assigned to the Hon. Joseph C. Spero ("*A&G*").  A copy of the *A&G* complaint is attached to the accompanying declaration of Arthur N. Bailey, Jr. ("Bailey Decl.") as Exhibit A.

**RELATIONSHIP OF THE ACTIONS**

This Administrative Motion is made on the grounds that the *A&G* action is related to the other actions identified above as they involve substantially duplicative or overlapping parties, and concerns the same wrongful acts and occurrences. Specifically, the cases are proposed class actions on behalf of direct purchasers of cast iron soil pipes and fittings ("CISP"). At their core, these cases allege anticompetitive conduct in the market for CISP sold in the United States.

Civil Local Rule 3-12 provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, both criteria of Rule 3-12 are satisfied. *A&G* and the other related actions share the same allegations of facts and law. They name the same defendants and allege that the same conduct gives rise to violations of U.S. antitrust laws. Like the other actions ordered related, *A&G* arises out of an administrative proceeding brought by the Federal Trade Commission on April 2, 2013, which was settled by Defendant Charlotte Pipe by virtue of a Consent Agreement. Also like the other actions, *A&G* asserts class allegations on behalf of a class of purchasers of CISP in the United States for the time period from "at least as early as January 1, 2006 to the present." *See* Bailey Decl., Exh. A at ¶2, *Trumbull* Compl. ¶2, *Las Vegas Supply* Compl. ¶2, and *A&S Liquidating* Compl. ¶2.

If the *A&G* action were to proceed independently it would result in duplicative motions and discovery because it raises the same, or substantially the same, questions of fact and law. In contrast, consolidation before a single judge will allow conservation of the parties' resources and judicial resources, and avoid the potential for conflicting results.

In addition, a proceeding has been initiated before the Judicial Panel of Multidistrict Litigation ("JPML") in which Trumbull has taken the position that the centralization and

1  consolidation should take place in the Northern District California.  In order to provide

2  consistency within the Northern District of California and to ease administrative burdens

3  while the JPML considers the motion for coordination and centralization, the *A&G* action

4  should be related with *Trumbull* and the other cases on file in the Northern District of

5  California.

## **CONCLUSION**

In light of the closely related nature of the cases identified herein, Plaintiff Trumbull Industries, Inc. respectfully requests that *A&G* be deemed related to the *Trumbull* and the other related actions, and that it be assigned to the Honorable Edward M. Chen.

Dated: December 23, 2013                         Respectfully submitted,

                                                 HAUSFELD LLP

                                                 By: /s/ *Arthur N. Bailey Jr.*
                                                     Michael P. Lehmann (Cal. Bar No. 77152)
                                                     Christopher L. Lebsock (Cal. Bar. No. 184546)
                                                     Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
                                                     HAUSFELD LLP
                                                     44 Montgomery Street
                                                     Suite 3400
                                                     San Francisco, CA 94104
                                                     Tel: (415) 633-1908
                                                     Fax: (415) 358-4980
                                                     Email: mlehmann@hausfeldllp.com
                                                     clebsock@hausfeldllp.com
                                                     abailey@hausfeldllp.com

                                                     Arthur N. Bailey, Sr., Esq.
                                                     ARTHUR N. BAILEY & ASSOCIATES
                                                     111 West Second St., Suite 4500
                                                     Jamestown, NY 14701
                                                     Phone: (716) 483-3732
                                                     Fax: (716) 664-2983
                                                     artlaw@windstream.net

                                                     *Attorneys for Plaintiff Trumbull Industries, Inc. and the Putative Class*

ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 13-CV-04568-EMC