1  Michael P. Lehmann (Cal. Bar No. 77152)
   Christopher L. Lebsock (Cal. Bar. No. 184546)
2  Arthur N. Bailey, Jr. (Cal. Bar. No. 248460)
   HAUSFELD LLP
3  44 Montgomery Street
   Suite 3400
4  San Francisco, CA 94104
   Tel: (415) 633-1908
5  Fax: (415) 358-4980
6  Email: mlehmann@hausfeldllp.com
   clebsock@hausfeldllp.com
7  abailey@hausfeldllp.com

8  *Attorneys for Plaintiff*

9  [Additional Counsel on Signature Page]

10                **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 13  A&S LIQUIDATING, INC., on behalf of itself and all others similarly situated, | Case No.: 13-cv-04568-EMC |
| 14 | |
| 15  Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| 16  vs. | |
| 17  AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., | |
| 18  CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING | |
| 19  COMPANY, | |
| 20 | |
| 21  Defendants. | |
| 22 | |

23  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

24          **PLEASE TAKE NOTICE** that pursuant to Civil L.R. 3-12 and Civil L.R. 7-11,

25  Plaintiff Eastway Supplies, Inc. ("Eastway") submits this Administrative Motion to Consider

26  Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

27

28                                   -1-
   ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
   CASE NO. 13-CV-04568-EMC

1 **RELATED ACTIONS**

2    By orders dated October 31, 2013, November 13, 2013, November 20, 2013, and

3 November 27, 2013, the Court ordered the following actions related, and ordered the higher

4 numbered actions be assigned to the Honorable Edward M. Chen, the judge previously

5 assigned the lowest numbered action.

6    1.    *Trumbull Industries, Inc., v. AB&I Foundry, et al,*. Case No. 13-cv-04833-

7 EMC, filed October 17, 2013 ("*Trumbull*").

8    2.    *Las Vegas Supply, Inc.* v. *AB&I Foundry, et al.,* Case No. 13-cv-04792-EMC,

9 filed October 15, 2013 ("*Las Vegas Supply*").

10    3.    *A&S Liquidating, Inc. v. AB&I Foundry, et al.*, Case No. 13-cv-04568-EMC,

11 filed October 2, 2013 ("*A&S Liquidating*");

12    4.    *Security Supply Corp. v. AB&I Foundry, et al.*, Case No. 13-cv-05114-EMC,

13 filed November 1, 2013;

14    5.    *Adkins v. AB&I Foundry, et al.*, Case No. 13-cv-05152-EMC filed November

15 5, 2013;

16    6.    *Lundmark v. AB&I Foundry, et al.*, Case No. 13-cv-05217-EMC filed

17 November 8, 2013;

18    7.    *Mountainland Supply LLC  v. AB&I Foundry, et al.*, Case No. 13-cv-05310-

19 EMC, filed November 18, 2013;

20    8.    *Coastal Plumbing Supply Company, Inc. v. AB&I Foundry, et al.*, Case No.

21 13-cv-05316-EMC, filed November 18, 2013.

22    Eastway believes the following recently filed action also meets the criteria of a related

23 case under Civil L.R. 3-12:

24    9.    *Eastway Supplies, Inc.  v. AB&I Foundry, et al.*, Case No. 14-cv-155-NC, filed

25 January 10, 2014 and assigned to the Hon. Judge Nathanael M. Cousins ("*Eastway*").  A copy

26 of the *Eastway* complaint is attached to the accompanying declaration of Arthur N. Bailey, Jr.

27 ("Bailey Decl.") as Exhibit A.

28

-2-

ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 13-CV-04568-EMC

1

## **RELATIONSHIP OF THE ACTIONS**

2      This Administrative Motion is made on the grounds that the *Eastway* action is related

3   to the other actions identified above as they involve substantially duplicative or overlapping

4   parties, and concerns the same wrongful acts and occurrences.  Specifically, the cases are

5   proposed class actions on behalf of direct purchasers of cast iron soil pipes and fittings

6   ("CISP").  At their core, these cases allege anticompetitive conduct in the market for CISP

7   sold in the United States.

8      Civil Local Rule 3-12 provides that actions are related when:

9          (1)   The actions concern substantially the same parties, property,

10   transaction or event; and

11          (2)   It appears likely that there will be an unduly burdensome duplication of

12   labor and expense or conflicting results if the cases are conducted before different Judges.

13      Here, both criteria of Rule 3-12 are satisfied.  *Eastway* and the other related actions

14   share the same allegations of facts and law.  They name the same defendants and allege that

15   the same conduct gives rise to violations of U.S. antitrust laws.  Like the other actions ordered

16   related, *Eastway* arises out of an administrative proceeding brought by the Federal Trade

17   Commission on April 2, 2013, which was settled by Defendant Charlotte Pipe by virtue of a

18   Consent Agreement.  Also like the other actions, *Eastway* asserts class allegations on behalf

19   of a class of purchasers of CISP in the United States for the time period from "at least as early

20   as January 1, 2006 to the present."  *See* Bailey Decl., Exh. A at ¶2, *Trumbull* Compl. ¶2, *Las*

21   *Vegas Supply* Compl. ¶2, and *A&S Liquidating* Compl. ¶2.

22      If the *Eastway* action were to proceed independently it would result in duplicative

23   motions and discovery because it raises the same, or substantially the same, questions of fact

24   and law.  In contrast, consolidation before a single judge will allow conservation of the

25   parties' resources and judicial resources, and avoid the potential for conflicting results.

26      In addition, a proceeding has been initiated before the Judicial Panel of Multidistrict

27   Litigation ("JPML") in which Trumbull Industries, Inc. has taken the position that the

28

-3-

ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 13-CV-04568-EMC

1  centralization and consolidation should take place in the Northern District California.  In

2  order to provide consistency within the Northern District of California and to ease

3  administrative burdens while the JPML considers the motion for coordination and

4  centralization, the *Eastway* action should be related with *Trumbull* and the other cases on file

5  in the Northern District of California.

6                                        **CONCLUSION**

7        In light of the closely related nature of the cases identified herein, Plaintiff Eastway

8  Supplies, Inc. respectfully requests that *Eastway* be deemed related to the *Trumbull* and the

9  other related actions, and that it be assigned to the Honorable Edward M. Chen.

10

11 Dated: January 15, 2014                    Respectfully submitted,

12                                            HAUSFELD LLP

13                                    By: /s/ *Arthur N. Bailey Jr.*
                                          Michael P. Lehmann (Cal. Bar No. 77152)
14                                        Christopher L. Lebsock (Cal. Bar. No. 184546)
                                          Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
15                                        HAUSFELD LLP
                                          44 Montgomery Street
16                                        Suite 3400
                                          San Francisco, CA 94104
17                                        Tel: (415) 633-1908
18                                        Fax: (415) 358-4980
                                          Email: mlehmann@hausfeldllp.com
19                                        clebsock@hausfeldllp.com
                                          abailey@hausfeldllp.com
20

21                                        Joseph J. DePalma
                                          Steven J. Greenfogel
22                                        LITE DEPALMA GREENBERG, LLC
                                          Two Gateway Center, Suite 1201
23                                        Newark, NJ 07102
                                          Phone: (973) 623-3000
24                                        Fax: (973) 623-0858
                                          jdepalma@litedepalma.com
25                                        sgreenfogel@litedepalma.com
26

27                                        *Attorneys for Plaintiff Eastway Supplies, Inc.*
                                          *and the Putative Class*
                                                -4-
28
   ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
   CASE NO. 13-CV-04568-EMC