Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar. No. 184546)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
         clebsock@hausfeldllp.com
         abailey@hausfeldllp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| A&S LIQUIDATING, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY,<br><br>Defendants. | Case No.: 13-cv-04568-EMC<br><br>**DECLARATION OF ARTHUR N. BAILEY, JR. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1. I, Arthur N. Bailey, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

 1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

 2. I am a partner with the law firm of Hausfeld LLP, local counsel for plaintiff and putative class representative in *Eastway*. I submit this Declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

 3. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *Eastway Supplies, Inc. v. AB&I Foundry, et al.*, Case No. 14-cv-155-NC, filed January 10, 2014 and assigned to the Hon. Nathanael M. Cousins ("*Eastway*").

 4. Civil Local Rule 3-12 requires that an Administrative Motion to Consider Whether Cases Should Be Related be promptly filed. As no counsel has yet appeared for defendants in *Eastway* a stipulation could not be obtained prior to filing of the Administrative Motion.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of January, 2014, at San Francisco, CA.

          /s/
         Arthur N. Bailey, Jr.

DECLARATION OF ARTHUR N. BAILEY, JR. IN SUPPORT OF ADMIN MOTION TO RELATE CASE
CASE NO. 13-CV-04568-EMC