Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar. No. 184546)
Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
abailey@hausfeldllp.com

*Attorneys for Plaintiff Trumbull Industries, Inc.*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| A&S LIQUIDATING, INC., on behalf of itself and all others similarly situated, | Case No. 13-cv-04568-EMC |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| vs. | |
| AB&I FOUNDRY, TYLER PIPE COMPANY, MCWANE, INC., CHARLOTTE PIPE AND FOUNDRY COMPANY, and RANDOLPH HOLDING COMPANY, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 3-12 and Civil L.R. 7-11,

Plaintiff Trumbull Industries, Inc. ("Trumbull") submits this Administrative Motion to

Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.

-1-

1

## **RELATED ACTIONS**

2          By orders dated October 31, 2013, November 13, 2013, November 20, 2013, and

3   November 27, 2013, and January 7, 2014, the Court ordered the following actions related, and

4   ordered the higher numbered actions be assigned to the Honorable Edward M. Chen, the

5   judge previously assigned the lowest numbered action.

6          1.     *Trumbull Industries, Inc., v. AB&I Foundry, et al.,* Case No. 13-cv-04833-

7   EMC, filed October 17, 2013 ("*Trumbull*").

8          2.     *Las Vegas Supply, Inc.* v. *AB&I Foundry, et al.,* Case No. 13-cv-04792-EMC,

9   filed October 15, 2013 ("*Las Vegas Supply*").

10          3.     *A&S Liquidating, Inc. v. AB&I Foundry, et al.*, Case No. 13-cv-04568-EMC,

11   filed October 2, 2013 ("*A&S Liquidating*");

12          4.     *Security Supply Corp. v. AB&I Foundry, et al.*, Case No. 13-cv-05114-EMC,

13   filed November 1, 2013;

14          5.     *Adkins v. AB&I Foundry, et al.*, Case No. 13-cv-05152-EMC filed November

15   5, 2013;

16          6.     *Lundmark v. AB&I Foundry, et al.*, Case No. 13-cv-05217-EMC filed

17   November 8, 2013;

18          7.     *Mountainland Supply LLC  v. AB&I Foundry, et al.*, Case No. 13-cv-05310-

19   EMC, filed November 18, 2013;

20          8.     *Coastal Plumbing Supply Company, Inc. v. AB&I Foundry, et al.*, Case No.

21   13-cv-05316-EMC, filed November 18, 2013.

22          9.     *A&G Professional Plumbing Service Inc.  v. AB&I Foundry, et al.*, Case No.

23   13-cv-05707-ECM, filed December 10, 2013.

24          Trumbull believes the following recently filed action also meets the criteria of a

25   related case under Civil L.R. 3-12:

26          10.     *Hi Line Supply Company Ltd. v. AB&I Foundry, et. al*., Case No. 14-cv-0265

27   JCS, filed January 16, 2014 and assigned to the Hon. Joseph C. Spero ("*Hi Line*").  A copy of

28                                                    -2-

1    the *Hi Line* complaint is attached to the accompanying declaration of Arthur N. Bailey, Jr.

2    ("Bailey Decl.") as Exhibit A.

3    <u>**RELATIONSHIP OF THE ACTIONS**</u>

4       This Administrative Motion is made on the grounds that the *Hi Line* action is related

5    to the other actions identified above as they involve substantially duplicative or overlapping

6    parties, and concerns the same wrongful acts and occurrences.  Specifically, the cases are

7    proposed class actions on behalf of direct purchasers of cast iron soil pipes and fittings

8    ("CISP").  At their core, these cases allege anticompetitive conduct in the market for CISP

9    sold in the United States.

10       Civil Local Rule 3-12 provides that actions are related when:

11          (1)     The actions concern substantially the same parties, property,

12    transaction or event; and

13          (2)     It appears likely that there will be an unduly burdensome duplication of

14    labor and expense or conflicting results if the cases are conducted before different Judges.

15       Here, both criteria of Rule 3-12 are satisfied.  *Hi Line* and the other related actions

16    share the same allegations of facts and law.  They name the same defendants and allege that

17    the same conduct gives rise to violations of U.S. antitrust laws.  Like the other actions ordered

18    related, *Hi Line* arises out of an administrative proceeding brought by the Federal Trade

19    Commission on April 2, 2013, which was settled by Defendant Charlotte Pipe by virtue of a

20    Consent Agreement.  Also like the other actions, *Hi Line* asserts class allegations on behalf of

21    a class of purchasers of CISP in the United States for the time period from "at least as early as

22    January 1, 2006 to the present."  *See* Bailey Decl., Exh. A at ¶1, *Trumbull* Compl. ¶2, *Las*

23    *Vegas Supply* Compl. ¶2, and *A&S Liquidating* Compl. ¶2.

24       If the *Hi Line* action were to proceed independently it would result in duplicative

25    motions and discovery because it raises the same, or substantially the same, questions of fact

26    and law.  In contrast, consolidation before a single judge will allow conservation of the

27    parties' resources and judicial resources, and avoid the potential for conflicting results.

28

1      In addition, a proceeding has been initiated before the Judicial Panel of Multidistrict

2 Litigation ("JPML") in which Trumbull has taken the position that the centralization and

3 consolidation should take place in the Northern District California.  In order to provide

4 consistency within the Northern District of California and to ease administrative burdens

5 while the JPML considers the motion for coordination and centralization, the *Hi Line* action

6 should be related with *Trumbull* and the other cases on file in the Northern District of

7 California.

8 **CONCLUSION**

9      In light of the closely related nature of the cases identified herein, Plaintiff Trumbull

10 Industries, Inc. respectfully requests that *Hi Line* be deemed related to the *Trumbull* and the

11 other related actions, and that it be assigned to the Honorable Edward M. Chen.

12

13 Dated: January 17, 2014          Respectfully submitted,

14                    HAUSFELD LLP

15               By: /s/ *Arthur N. Bailey Jr.*

16                    Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar. No. 184546)

17                    Arthur N. Bailey, Jr. (Cal. Bar No. 248460)
HAUSFELD LLP

18                    44 Montgomery Street
Suite 3400

19                    San Francisco, CA 94104
Tel: (415) 633-1908

20                    Fax: (415) 358-4980

21                    Email: mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com

22                    abailey@hausfeldllp.com

23                    Arthur N. Bailey, Sr., Esq.

24                    ARTHUR N. BAILEY & ASSOCIATES
111 West Second St., Suite 4500

25                    Jamestown, NY 14701
Phone: (716) 483-3732

26                    Fax: (716) 664-2983
artlaw@windstream.net

27

28 -4-

1

*Attorneys for Plaintiff Trumbull Industries, Inc. and the Putative Class*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 13-CV-04568-EMC